FILED 28 DEC '22 11:09 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Portland _____ DIVISION

Savannah Kaahanui-Moniz _____

*(Enter full name of plaintiff)*

Plaintiff,

v.

DeWayne Hendrix _____

I. Jacquez _____

Dr. Andrew Barnes Grasley _____

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:22-cv-01490-CL _____
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

1st AMENDED FILING

Jury Trial Demanded

[X] Yes    [ ] No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: Savannah Kaahanui-Moniz _____

Street Address: FCI Sheridan Camp, P.O. Box 6000 _____

City, State & Zip Code: Sheridan, Oregon 97378 _____

Telephone No.: None _____

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

1

**Defendant No. 1**     Name: DeWayne Hendrix

Street Address: FCI Sheridan Camp, P.O. Box 5000

City, State & Zip Code: Sheridan, Oregon 97378

Telephone No.:


**Defendant No. 2**     Name: I. Jacquez

Street Address: FCI Sheridan Camp, P.O. Box 5000

City, State & Zip Code: Sheridan, Oregon 97378

Telephone No.:


**Defendant No. 3**     Name: Dr. Andrew Barnes Grasley

Street Address: FCI Sheridan Camp, P.O. Box 5000

City, State & Zip Code: Sheridan, Oregon 97378

Telephone No.:


**Defendant No. 4**     Name:

Street Address:

City, State & Zip Code:

Telephone No.:

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  You are bringing suit against (*check all that apply*):

[X] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)                    2
[Rev. 01/2018]

B.  What federal constitutional, statutory, or treaty right(s) is/are at issue?

8th Amendment violation (Medical Deliberate Indifference)

### III.  STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

This action was converted from a 2241 by this Honorable Court. The initial filing specifies the Statement of Claims and request for Injunctive Relief. This ammendment adds Defendant's I. Jacquez (acting Warden of FCI Sheridan Camp) and Dr. Andrew Barnes Grasley. Each Defendant is aware of the Plaintiff's need for medical attention and has actively denied the Plaintiff treatment causing the Plaintiff to continue to suffer pain (see medical records and narrative in Plaintiff's (Petitioner's) original 2241 filing. As directed by the Court's December 13, 2022 Order, the Plaintiff brings this action against these Defendant's in both their Official and Individual capacity.

#### Claim II

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

### Claim III

*State here as briefly as possible the _facts_ of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)                    4
[Rev. 01/2018]

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

[x] Yes          [ ] No

## V.  RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking.  Make no legal arguments.  Cite no cases or statutes.*

An Injunction from the Court ordering the Defendant's to provide immediate medical treatment AND $5,000,000.00 in damages for the pain and suffering that continues at the hands of Defendant's Hendrix, Dr. Andrew Barnes Grasley and I. Jacquez.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __21__ day of __December__ , 20__22__.

_____
(Signature of Plaintiff)

Complaint for Violation of Civil Rights (Prisoner Complaint)                    5
[Rev. 01/2018]