UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Savannah Kaahanui-Moniz

    Plaintiff,

v.

Dr. Andrew Barnes Grasley, et al

    Defendants.

Case No.: 3:22-CV-01490

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Now comes Plaintiff, Savannah Kaahanui-Moniz, proceeding pro se Plaintiff's Request for Entry of Default.

### BACKGROUND ISSUES FOR CONSIDERATION

This Honorable Court issued an Order on April 28, 2023 giving the Defendant's in Case Number 3:22-cv-01490 yet another extension to file a Response. The Court's Order stated "The Court RESETS the deadline by which Defendant's must file an answer to June 19, 2023". The Plaintiff waited a week beyond that date and still the Defendant's have failed to respond.

### CONCLUSION

The Plaintiff has already filed at least one other Request for Entry of Default in this case. This Honorable Court has shown remarkable leniency with the Defendant's and their campaign of contempt for the United States District Court of Oregon. In the last Emergency Hearing with the legal representation of Lisa Hay, the Defendant made it clear to this Court that she would continue to pursue this Civil Rights Action. The Court is well aware of the Plaintiff's intentions and, unfortunately, keenly aware of the inexplicable behavior of the Defendants.

Therefore, the Plaintiff asks this Honorable Court to Enter Default on this matter and allow the Plaintiff to proceed to an Entry of Judgment once Default is entered.

Respectfully Submitted,

S/ _____
Savannah Kaahanui-Moniz
872 Blankenship Ave
Las Vegas, Nevada 89106

Dated: June 25, 2023
Las Vegas, Nevada

CERTIFICATE OF SERVICE

I, Savannah Kaahanui-Moniz, certify that I served a true and correct copy of this Request for Entry of Default on the Defendant's counsel at: United States Attorney Office, Attn: Natalie Wright, 1000 SW Third Avenue Suite 600, Portland, Oregon 97204.

Dated: June 25, 2023

S/ _____
Savannah Kaahanui-Moniz

472 Blackenship Ave

Las Vegas, Nevada 89106



SAVANNAH NAATIANUI
872 Blankenship Ave
Las vegas NV 89106

LAS VEGAS NV 890
7 JUL 2023  PM 3  L



United states district court
1000 southwest 3rd Avenue Room 740
Portland OR 97204

97204-290790